UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE) INSPECTION OF           ) | |
| )  | |
| Manor Pharmacy           ) | MAGISTRATE'S NO: 06-118M |
| 1412 N Dupont Highway           ) | |
| New Castle, Delaware 19702           ) | |

## WARRANT FOR INSPECTION

TO: Rostant P. Farfan, Diversion Investigator, and any other authorized Diversion Investigator of the Drug Enforcement Administration of the United States Department of Justice.

1. Application having been made and probable cause, as defined by the provisions of Title 21, United States Code, Section 880(d)(1), having been shown by the affidavit of Diversion Investigator Rostant P. Farfan of the Drug Enforcement Administration for an inspection of the controlled premises of Manor Pharmacy, 1412 N Dupont Highway, Delaware 19702 with DEA number #AM8423080, described as a Retail Pharmacy, it appears that such inspection is appropriate to Title 21, United States Code, Section 880.

2. Therefore, pursuant to the provisions of Title 21, United States Code, Section 880, you are hereby authorized to enter the above-described premises during ordinary business hours for the following purposes:

    a. To inspect and copy records, reports, files, official order forms, prescriptions, and other documents required to be made, kept and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. 800 et seq. for the purpose of verifying that said records, reports, files, official order forms, prescriptions, other documents and controlled substances are properly kept and maintained.

    b. To inspect, in a reasonable manner and to a reasonable extent, including the collection of samples if necessary, all pertinent equipment, finished and unfinished controlled substances, containers, and labeling found therein.

    c. To inspect all records, files, papers, processes, controls and facilities appropriate for verification of the records, reports and documents required to be kept under the provisions of the Act and regulations promulgated thereunder; and,

    d. To inventory any stock of controlled substances and to obtain samples of any

4

FILED

OCT 2 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

such substances.

3. You are hereby further authorized to seize from the above described controlled premises such of the following records, reports, documents, files and inventories, as are appropriate and necessary to the effective accomplishment of the inspection, and for the purpose of copying or verifying their correctness or that are used or intended to be used in violation of the Controlled Substances Act:

   a. All physical inventories of controlled substances;

   b. All executed Official Order Forms, DEA Form-222;

   c. All records showing the receipt of controlled substances;

   d. All prescriptions and other records, which refer to or relate to the dispensation, administration, or distribution of controlled substances;

   e. Any and all copies of DEA Form-41, Registrants Inventory of Drugs Surrendered and DEA Form-106, Report of Theft or Loss of Controlled Substances; and such other reports or records that document the dispensation, administration, disposal or distribution of controlled substances.

4. A prompt return shall be made by the inspecting officers to the undersigned Magistrate showing that the inspection has been completed, and accounting for all property seized pursuant to the warrant, no later than 30 days from the date of issuance.

10/18/06
Date

United States Magistrate Judge

5

## RETURN

I received the attached Administrative Inspection Warrant on __10/13/06__.
On __10/19/06__, I conducted an administrative inspection on the premises described in the warrant, and I left a copy of the warrant with __WILLIAM S. FOX__ (owner of Manor Pharmacy).

_[signature]_

Rostant P. Farfan
Diversion Investigator
Drug Enforcement Administration

## INVENTORY

No items taken from the premise.

Sworn to before me and subscribed in my presence, this __26__ day of __October__ 2006.

_[signature]_
United States Magistrate Judge

6